FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 09 2024

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

GREGORY ALAN LEASE

Criminal Indictment

No. 2 24 - CR - 009

THE GRAND JURY CHARGES THAT:

## Count One

Beginning on or about August 13, 2022, and continuing through on or about October 28, 2022, in the Northern District of Georgia and elsewhere, the defendant, GREGORY ALAN LEASE, and C.S., did knowingly and willfully conspire, agree, and have a tacit understanding with each other to commit the following offense against the United States; that is, to cause a false statement and representation to be made with respect to information required under Chapter 44, Title 18, United States Code, to be kept in the records of a licensed federal firearms dealer within the meaning of Chapter 44, Title 18, United States Code, the statement of which was intended and likely to deceive the licensed firearms dealer as to a fact material to the lawfulness of the acquisition of a firearm, all in violation of Title 18, United States Code, Section 922(a)(6).

*Manner and Means*

At all times relevant to this Indictment:

1.  Adventure Outdoors, located on South Cobb Drive in Smyrna, Georgia, was a licensed federal firearms dealer (FFL) authorized to sell firearms.

2.  Arrowhead Pawn Shop, located on Tara Boulevard in Jonesboro, Georgia, was an FFL authorized to sell firearms.

3.  As FFLs, Adventure Outdoors and Arrowhead Pawn Shop required a purchaser of a firearm to complete a Firearms Transaction Record, ATF Form 4473, prior to the sale. One of the questions on ATF Form 4473 asked if the person completing the form was the "actual transferee/buyer of the firearm(s)" and included a warning that the person was "not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you."

4.  Defendant LEASE unlawfully purchased multiple firearms for C.S. and completed an ATF Form 4473 during each firearms purchase answering that he, Defendant LEASE, was the "actual transferee/buyer" when, in fact, C.S. was the actual buyer of the firearms.

*Overt Acts*

In furtherance of the conspiracy and to accomplish its objects, the defendant, GREGORY ALAN LEASE, and C.S., in the Northern District of Georgia, performed at least one of the following overt acts:

1.     On or about September 9, 2022, Defendant LEASE purchased eight firearms from Adventure Outdoors:

- two (2) Glock, model 26GEN5, 9mm caliber pistols;
- two (2) Glock, model 43X, 9mm caliber pistols;
- one (1) Glock, model 27GEN4, .40 caliber pistol;
- one (1) Glock, model 27GEN5, .40 caliber pistol;
- one (1) Glock, model 23GEN5, .40 caliber pistol; and
- one (1) Glock, model 30S, .45 caliber pistol,

and completed an ATF Form 4473 purporting to be the actual buyer of the firearms when, in fact, he bought the firearms for C.S.

2.   On or about October 11, 2022, Defendant LEASE purchased seven firearms from Arrowhead Pawn:

- one (1) DBK, model DB9, 9mm caliber pistol;
- one (1) Glock, model 43X, 9mm caliber pistol;
- one (1) Taurus, model G2C, 9mm caliber pistol;
- one (1) Charter Arms, model Bulldog, .44 caliber revolver;
- one (1) Taurus, model 856, .38 caliber revolver; and
- two (2) EAA, model Windicator, .357 caliber revolvers,

and completed an ATF Form 4473 purporting to be the actual buyer of the firearms when, in fact, he bought the firearms for C.S.

3.   On or about October 12, 2022, Defendant LEASE purchased three firearms Adventure Outdoors:

- one (1) Glock, model 23, .40 caliber pistol;
- one (1) Glock, model 26GEN5, 9mm caliber pistol; and
- one (1) Taurus, model G2C, 9mm caliber pistol,

3

and completed an ATF Form 4473 purporting to be the actual buyer of the firearms when, in fact, he bought the firearms for C.S.

4. On or about October 20, 2022, Defendant LEASE purchased two firearms from Adventure Outdoors:

- one (1) Glock, model 30S, .45 caliber pistol; and
- one (1) Glock, model 33GEN4, .357 caliber pistol,

and completed an ATF Form 4473 purporting to be the actual buyer of the firearms when, in fact, he bought the firearms for C.S.

All in violation of Title 18, United States Code, Section 371.

**Count Two**

On or about September 9, 2022, in the Northern District of Georgia, the defendant, GREGORY ALAN LEASE, and C.S., aided and abetted by each other, in connection with the purchase, from Adventure Outdoors, located on South Cobb Drive in Smyrna, Georgia, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, of at least one of the following firearms:

- two (2) Glock, model 26GEN5, 9mm caliber pistols;
- two (2) Glock, model 43X, 9mm caliber pistols;
- one (1) Glock, model 27GEN4, .40 caliber pistol;
- one (1) Glock, model 27GEN5, .40 caliber pistol;
- one (1) Glock, model 23GEN5, .40 caliber pistol; and
- one (1) Glock, model 30S, .45 caliber pistol,

4

did knowingly cause a false statement to be made to Adventure Outdoors, which statement was intended and likely to deceive the licensed federal firearms dealer as to a fact material to the lawfulness of the firearm purchase, in that Defendant GREGORY ALAN LEASE falsely represented on a Firearms Transaction Record, ATF Form 4473, that he was the transferee and buyer of at least one of the firearms listed above when, as Defendant LEASE then well knew, C.S. was the true transferee and buyer of the firearms, all in violation of Title 18, United States Code, Section 922(a)(6) and Section 2.

## Count Three

On or about October 11, 2022, in the Northern District of Georgia, the defendant, GREGORY ALAN LEASE, and C.S., aided and abetted by each other, in connection with the purchase, from Arrowhead Pawn, located on Tara Boulevard in Jonesboro, Georgia, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, of at least one of the following firearms:

- one (1) DBK, model DB9, 9mm caliber pistol;
- one (1) Glock, model 43X, 9mm caliber pistol;
- one (1) Taurus, model G2C, 9mm caliber pistol;
- one (1) Charter Arms, model Bulldog, .44 caliber revolver;
- one (1) Taurus, model 856, .38 caliber revolver; and
- two (2) EAA, model Windicator, .357 caliber revolvers,

did knowingly cause a false statement to be made to Arrowhead Pawn, which statement was intended and likely to deceive the licensed federal firearms dealer

as to a fact material to the lawfulness of the firearm purchase, in that Defendant GREGORY ALAN LEASE falsely represented on a Firearms Transaction Record, ATF Form 4473, that he was the transferee and buyer of at least one of the firearms listed above when, as Defendant LEASE then well knew, C.S. was the true transferee and buyer of the firearms, all in violation of Title 18, United States Code, Section 922(a)(6) and Section 2.

## Count Four

On or about October 12, 2022, in the Northern District of Georgia, the defendant, GREGORY ALAN LEASE, and C.S., aided and abetted by each other, in connection with the purchase, from Adventure Outdoors, located on South Cobb Drive in Smyrna, Georgia, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, of at least one of the following firearms:

- one (1) Glock, model 23, .40 caliber pistol;
- one (1) Glock, model 26GEN5, 9mm caliber pistol; and
- one (1) Taurus, model G2C, 9mm caliber pistol,

did knowingly cause a false statement to be made to Adventure Outdoors, which statement was intended and likely to deceive the licensed federal firearms dealer as to a fact material to the lawfulness of the firearm purchase, in that Defendant GREGORY ALAN LEASE falsely represented on a Firearms Transaction Record, ATF Form 4473, that he was the transferee and buyer of at least one of the firearms listed above when, as Defendant LEASE then well knew, C.S. was

the true transferee and buyer of the firearms, all in violation of Title 18, United States Code, Section 922(a)(6) and Section 2.

## Count Five

On or about October 20, 2022, in the Northern District of Georgia, the defendant, GREGORY ALAN LEASE, and C.S., aided and abetted by each other, in connection with the purchase, from Adventure Outdoors, located on South Cobb Drive in Smyrna, Georgia, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, of at least one of the following firearms:

- one (1) Glock, model 30S, .45 caliber pistol; and
- one (1) Glock, model 33GEN4, .357 caliber pistol,

did knowingly cause a false statement to be made to Adventure Outdoors, which statement was intended and likely to deceive the licensed federal firearms dealer as to a fact material to the lawfulness of the firearm purchase, in that Defendant GREGORY ALAN LEASE falsely represented on a Firearms Transaction Record, ATF Form 4473, that he was the transferee and buyer of at least one of the firearms listed above when, as Defendant LEASE then well knew, C.S. was the true transferee and buyer of the firearms, all in violation of Title 18, United States Code, Section 922(a)(6) and Section 2.

## Count Six

On or about November 4, 2022, in the Northern District of Georgia, the defendant, GREGORY ALAN LEASE, knowing that he was an unlawful user of methamphetamine, a Schedule II controlled substance, did knowingly possess at

least one of the following firearms, as that term is defined in Title 18, United
States Code, Section 921:

- two (2) Ruger, model 10/22, .22 caliber rifles;

- one (1) Anderson Manufacturing, model AM-15, multi-caliber rifle;

- one (1) Anderson Manufacturing, model AM-15, multi-caliber pistol;

- one (1) Aero Precision, model EPC-9, multi-caliber rifle;

- one (1) Aero Precision, model M5, multi-caliber receiver; and

- one (1) NoDak Spud, model NDS-16A1, 5.56 caliber receiver,

said possession being in and affecting interstate and foreign commerce, in
violation of Title 18, United States Code, Sections 921 and 922(g)(3).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One
through Six of the Indictment, the defendant, GREGORY ALAN LEASE, shall
forfeit to the United States of America, pursuant to Title 18, United States Code,
Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms
and ammunition involved in or used in the commission of the offenses.

If, any of the property subject to forfeiture, as a result of any act or omission
of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided
    without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section
853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek
forfeiture of any other property of the defendant up to the value of the forfeitable
property.

A _____ *True* _____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
 *United States Attorney*

ERIN E. SANDERS
 *Assistant United States Attorney*
Georgia Bar No. 552091
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

9